# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN ADKINS, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant. | Case No. CV 15-9945 R (MRW)<br><br>ORDER DISMISSING ACTION |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without leave to amend.

DATE: September 9, 2016

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE